FILED
IN OPEN COURT

OCT 18 [illegible]

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUSAN RATTNER )
)
    Plaintiff, )
)
v. ) 1:17-cv-136 (LMB)
)
CHUBB NATIONAL INSURANCE COMPANY )
)
    Defendant. )

## VERDICT FORM

Chubb National has not disputed that its Policy was in effect at the time of the loss at issue in this action and that the value of Dr. Rattner's claim was $10,446,014.26. You shall, therefore, find for Dr. Rattner, unless you answer "yes" to either of the questions below:

1. Do you find by clear and convincing evidence that Dr. Rattner intentionally misrepresented to Chubb National, or intentionally concealed from Chubb National a fact that was material to Chubb National's claim investigation?.

    __X__ Yes      _____ No

2. Do you find by clear and convincing evidence that Dr. Rattner intentionally caused or intentionally procured the fire that destroyed her home?

    __X__ Yes      _____ No

**If you answered "yes" to either question 1 or question 2, or to both questions, please go to question 3.**

3. What amount of damages has Chubb National proven by a preponderance of the evidence?

$ 945,657.13

_____
Foreperson (signature)

_____
Foreperson (printed)

Date: 10/18/17